### BURKHALTER *v.* BURKHALTER.

DUCKWORTH, Justice. The single exception in this case is to the judgment holding the plaintiff in error in contempt of court for non-payment of temporary alimony duly ordered by the court. The evidence showing some earning capacity of plaintiff in error, we can not say that the judge abused his discretion.

*Judgment affirmed. All the Justices concur.*

No. 13109.  NOVEMBER 29, 1939.

*Elders & Odum,* for plaintiff in error.